**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

v.

**WYMIKO ANDERSON**

**ORDER**

1:12-CR-00029-006

---

It is hereby ordered that the condition of release requiring home incarceration be removed relative to the above-named defendant and replaced with the following condition:

*Participate in the home confinement program and abide by all the requirements of the program, which will include electronic monitoring under a curfew as directed by Pretrial Services. You shall pay for all or part of the cost of the program based upon your ability to pay as determined by the pretrial services officer.*

**SO ORDERED.**

_____
Hugh B. Scott
United States Magistrate Judge

DATED:   Buffalo, New York
         July 6, 2012